IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-18-D

| | |
|---|---|
| SHERRI S. JONES, | ) |
|     Plaintiff, | ) |
| | )    O R D E R |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

For good cause having been shown upon the Motion by Defendant, it is hereby

ORDERED that the Defendant be allowed up to and including July 20, 2015, to respond to Plaintiff's Complaint.

So ORDERED. This **26** day of May 2015.

_____
JAMES C. DEVER III
Chief United States District Judge