UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI S. JONES,<br>       Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security,<br>       Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-18-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 29]. Plaintiff's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on June 28, 2016, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF Notice of Electronic Filing) |
| David M. Mansfield | (via CM/ECF Notice of Electronic Filing) |
| R. A. Renfer, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:  
June 28, 2016

JULIE RICHARDS JOHNSTON, CLERK

(By) /s/ Nicole Briggeman  
Deputy Clerk