UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHERR! S. JONES, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:15-CV-18-D** |
| CAROLYN W. COLVIN, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,708.40 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Jonathan P. Miller, and mailed to counsel's office at 1213 Culbreth Drive, Wilmington, NC 28405, in accordance with Plaintiffs assignment of the right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on July 18, 2016, and Copies To:**

| | |
|---|---|
| Jonathan P. Miller | (via CM/ECF Notice of Electronic Filing) |
| David M. Mansfield | (via CM/ECF Notice of Electronic Filing) |
| R. A. Renfer, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK

July 18, 2016  (By) /s/ Nicole Briggeman

Deputy Clerk